IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WANDA VAN DYKE, on behalf
of herself and her minor child**                                                                     **PLAINTIFF**

v.                              **Case No: 3:14-cv-00051 KGB**

**TRUMANN SCHOOL DISTRICT, et al.**                                            **DEFENDANTS**

## ORDER

The Clerk's minutes entry for proceedings held before Magistrate Judge Beth Deere on March 31, 2015, indicate that the parties have reached a settlement (Dkt. No. 29). Therefore, the Court denies as moot all pending motions and removes this case from the trial docket for the week of April 20, 2015. This case will remain open until the parties submit dismissal paperwork and the Court enters an order of dismissal.

SO ORDERED this 9th day of April, 2015.

_____
Kristine G. Baker
United States District Judge