IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WANDA VAN DYKE, on behalf
of herself and her minor child                                                                      PLAINTIFF

v.                          Case No: 3:14-cv-00051 KGB

TRUMANN SCHOOL DISTRICT, et al.                                                        DEFENDANTS

## ORDER

Plaintiff Wanda Van Dyke has filed a motion to compel settlement (Dkt. No. 31), to which defendants have responded (Dkt. No. 32). The parties have communicated to the Court that the settlement funds have been disbursed to Ms. Van Dyke, and Ms. Van Dyke has communicated that she no longer wishes to pursue her motion to compel. Accordingly, the Court denies as moot Ms. Van Dyke's motion to compel (Dkt. No. 31). As noted in the Court's April 9, 2015, Order, this case will remain open until the parties submit dismissal paperwork and the Court enters an order of dismissal. Furthermore, Ms. Van Dyke has communicated to the Court that she considers this matter closed. Therefore, the Court dismisses this action.

SO ORDERED this 9th day of July, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge